## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 10-cv-02353-WJM-KLM

SKYLINE POTATO COMPANY,

    Petitioner-Plaintiff,

v.

ROGERS BROTHERS FARMS, INC.,

    Respondent-Defendant.
_____

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ORDER APPROVING STIPULATION FOR DISMISSAL
_____

This matter is before the Court on Plaintiff's Unopposed Motion for Order Approving Stipulation for Dismissal filed January 17, 2012 (ECF No. 55). The Court having reviewed the Stipulation for Dismissal and being fully advised hereby ORDERS as follows:

The Unopposed Motion for Order Approving Stipulation for Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own attorney fees and costs.

It is FURTHER ORDERED that the bond submitted by the Petitioner-Plaintiff pursuant to 7 U.S.C. § 499g(c) on or about September 24, 2010 in favor of Respondent/Defendant be and is hereby RELEASED and DISCHARGED.

Dated this 19th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge